# EXHIBIT A

## TO THE NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Barry Pasternack, Esq. SBN 134996 <br> Law Office of Barry Pasternack <br> 1230 Columbia Street, Ste. 540 <br> San Diego, CA 92101 <br> TELEPHONE NO: 619-230-1007     FAX NO. *(Optional)*: 619-230-1033 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff, Kurt Kluey, an individual | FOR COURT USE ONLY <br><br> **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of San Diego <br><br> **12/07/2020** at 12:26:36 PM <br><br> Clerk of the Superior Court <br> By Gregory Hornick, Deputy Clerk |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego <br> STREET ADDRESS: 325 South Melrose Drive <br> MAILING ADDRESS: 325 South Melrose Drive <br> CITY AND ZIP CODE: Vista, CA 92081 <br> BRANCH NAME: North Division | |
| PLAINTIFF: Kurt Kluey, an individual <br><br> DEFENDANT: Costco Wholesale Corporation <br><br> [✓] DOES 1 TO 20, inclusive | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** <br> [ ] **AMENDED** *(Number)*: <br> Type *(check all that apply)*: <br> [ ] MOTOR VEHICLE   [✓] OTHER *(specify)*: General Negligence <br> [ ] Property Damage    [ ] Wrongful Death <br> [✓] Personal Injury    [✓] Other Damages *(specify)*: Premises Liabilit | |
| Jurisdiction *(check all that apply)*: <br> [ ] **ACTION IS A LIMITED CIVIL CASE** <br> Amount demanded [ ] does not exceed $10,000 <br> [ ] exceeds $10,000, but does not exceed $25,000 <br> [✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)** <br> [ ] **ACTION IS RECLASSIFIED by this amended complaint** <br> [ ] from limited to unlimited <br> [ ] from unlimited to limited | CASE NUMBER: <br><br> 37-2020-00044753-CU-PO-NC |

1. **Plaintiff** *(name or names)*: Kurt Kluey
   alleges causes of action against **defendant** *(name or names)*:
   Costco Wholesale Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE: Kluey v. Costco Wholesale Corporation | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant (name): Costco Wholesale
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-20, inclusive were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-20, inclusive are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Kluey v. Costco Wholesale Corporation | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   GN-1; Prem. L-1; Prem. L-2; Prem. L-5

Date: 12/7/2020

Barry Pasternack, Esq.
(TYPE OR PRINT NAME)                                           (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Kluey v. Costco Wholesale Corporation | CASE NUMBER: |
|---|---|

FIRST (number)   **CAUSE OF ACTION—General Negligence**   Page 4

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Kurt Kluey, an individual

alleges that defendant *(name):* Costco Wholesale Corporation

[✓] Does  1  to  20, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 5/18/2020
at *(place):* Costco Wholesale, 1755 Hacienda Drive, Vista, CA 92081

*(description of reasons for liability):*

On the date of incident, plaintiff was a patron of Costco Wholesale at the above address, which was owned, managed and maintained by defendant. Plaintiff sustained serious injuries when he slipped and fell on the A/C water that was leaking from the A/C vent in the cooler produce section he was walking in. Plaintiff turned around clockwise before he fell at the exit because of the presence of the leaked water on the floor.

Plaintiff contends that defendant negligently managed and maintained the store, which created a risk of injury to patrons such as plaintiff. Plaintiff further contends that no warnings of any kind were present near the conditions in the store to warn plaintiff. Defendant's failure to manage and maintain the condition of the store was the actual and proximate cause of plaintiff's injuries.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: Kluey v. Costco Wholesale Corporation | CASE NUMBER: |
|---|---|

__SECOND__  **CAUSE OF ACTION—Premises Liability**   Page __5__
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name)*: Kurt Kluey, an individual
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: 5/18/2020   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury)*:

On the date of incident, plaintiff was a patron of Costco Wholesale at 1755 Hacienda Drive, Vista, CA 92081, which was owned, managed and maintained by defendant. Plaintiff sustained serious injuries when he slipped and fell on the A/C water that was leaking from the A/C vent in the cooler produce section he was walking in. Plaintiff turned around clockwise before he fell at the exit because of the presence of the leaked water on the floor.

**Prem.L-2.** [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Costco Wholesale Corporation

[✓] Does __1__ to __20, inclusive__

**Prem.L-3.** [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

**Prem.L-4.** [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[✓] Does __1__ to __20, inclusive__

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b   [ ] as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov