1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11   KURT KLUEY,                          Case No.:  21cv00021-L-LL
12                          Plaintiff,    **ORDER GRANTING IN PART**
13   v.                                   **JOINT MOTION TO CONTINUE**
                                          **TELEPHONIC SETTLEMENT**
14   COSTCO WHOLESALE                     **CONFERENCE**
     CORPORATION; and
15   DOES 1-20,                           **[ECF No. 12]**
16                          Defendant.
17

18          On April 20, 2021, the parties filed a Joint Motion to Continue the telephonic
19   Settlement Conference currently scheduled for April 27, 2021 for approximately ninety
20   days. ECF No. 12. The Court finds good cause to **GRANT** the Motion, but not for the
21   amount of time requested.
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1

Accordingly, the April 27, 2021 date previously set for the telephonic Settlement Conference is hereby **VACATED**. The telephonic Settlement Conference is hereby continued to **May 25, 2021** at **11:30 a.m.** All other guidelines and requirements from this Court's previous scheduling order remain as set. ECF No. 10.

**IT IS SO ORDERED.**

Dated:  April 21, 2021

Honorable Linda Lopez
United States Magistrate Judge

21cv00021-L-LL